UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEON WATTS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GEORGE JAIME, Warden,<br><br>　　　　　Respondent. | No. CV 21-7281-MCS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Petition for Writ of Habeas Corpus and the Report and Recommendation. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　IT IS ORDERED that Respondent's motion to dismiss the Petition for Writ of Habeas Corpus is granted.

　　IT IS FURTHER ORDERED that judgment be entered dismissing the Petition for lack of jurisdiction or, alternatively, denying the Petition on the merits.

DATED: August 24, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARK C. SCARSI
　　　　　　　　　　　　　　　　　　United States District Judge