JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEON WATTS, | NO. CV 21-7281-MCS (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| GEORGE JAIME, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is dismissed for lack of jurisdiction or, alternatively, denied on the merits.

DATED: August 24, 2022

_____
MARK C. SCARSI
United States District Judge